First National Bank of Witt, appellee, v. John L. Huber et al., appellants. Gen. No. 7,699.

. Bill to foreclose mortgage. Decree for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the June term, 1923. Reversed and remanded with directions. Opinion filed March 8, 1924. *Certiorari* denied by the Supreme Court (making opinion final).

E. C. Kaburick and Lane, Dryer & Brown, for appellants. Joseph M. Baker, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Paul Galaskis, plaintiff in error. Gen. No. 7,628.

Conviction of unlawfully selling, giving and delivering intoxicating liquor. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed April 30, 1924.

Clark & Hutton and J. M. Boyle, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alpheus Kincaid, alias Alfred Kincaid, plaintiff in error. Gen. No. 7,710.

Conviction of offense. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed April 30, 1924.

Oliver D. Mann, for plaintiff in error. John H. Lewman, State's Attorney, for defendant in error; I. R. Carter, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

Wiley Potter, plaintiff in error, v. James C. Davis, director general of railroads etc., defendant in error. Gen. No. 7,716.

Action for personal injury. Judgment for defendant. Error to the Circuit Court of Menard county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed April 30, 1924.

A. H. Ranes, Corinne L. Rice and Virgil O. Whipp, for plaintiff in error. William L. Patton, Edward H. Golden and Arthur Lilienstein, for defendant in error; Silas H. Strawn, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

Viva Baxter, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 7,656.

Action upon policy of life insurance. Judgment for plaintiff. Appeal from the Circuit Court of Fulton county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 30, 1924.

Taff & Putnam, for appellant; Williams, Lawrence, Green & Gale, of counsel. Harvey H. Atherton and Glenn Ratcliff, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.